IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **NAKESHIA NIKKI JONES,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * |
| | * CIVIL ACTION NO. 19-01023-JB-B |
| | * |
| **INDUSTRY ONE, MOBILE, INC.,** | * |
| *et al.,* | * |
| | * |
| Defendants. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is hereby **ORDERED** that the Clerk's entry of default (Doc. 48) is **VACATED**; Plaintiff's motion for entry of default (Doc. 45) is **DENIED**; and Plaintiff's motion for a default judgment as to Defendants Industry One and Kevin Dennis (Doc. 49) is **GRANTED, IN PART, AND DENIED, IN PART,** as follows:

Plaintiff's motion for a default judgment as to Defendants Industry One and Kevin Dennis is **GRANTED** as to Plaintiff's complaint in its entirety, with the exception that Plaintiff has not stated a viable cause of action for invasion of privacy, defamation, or outrage against Defendant Industry One; therefore, Plaintiff's motion for a default judgment against Defendant

Industry One on those claims is **DENIED**.

An evidentiary hearing to determine damages will be scheduled by a separate order.

**DONE and ORDERED** this 25th day of October, 2021.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE