```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

| | |
|---|---|
| **NAKESHIA NIKKI JONES,** | \* |
| | \* |
|     **Plaintiff,** | \* |
| | \* |
| **vs.** | \* |
| | \*   **CIVIL ACTION NO. 19-01023-JB-B** |
| **INDUSTRY ONE, MOBILE, INC.,** | \* |
| ***et al.,*** | \* |
| | \* |
|     **Defendants.** | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that the Clerk's entry of default (Doc. 48) is **VACATED**; Plaintiff's motion for entry of default (Doc. 45) is **DENIED**; and Plaintiff's motion for a default judgment as to Defendants Industry One and Kevin Dennis (Doc. 49) is **GRANTED, IN PART, AND DENIED, IN PART,** as follows:

Plaintiff's motion for a default judgment as to Defendants Industry One and Kevin Dennis is **GRANTED** as to Plaintiff's complaint in its entirety, with the exception that Plaintiff has not stated a viable cause of action for invasion of privacy, defamation, or outrage against Defendant Industry One; therefore, Plaintiff's motion for a default judgment against Defendant Industry One on those claims is **DENIED.**

An evidentiary hearing to determine damages will be scheduled by a separate order.

**DONE and ORDERED** this 25th day of October, 2021.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE
