# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **NAKESHIA "NIKKI" JONES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.:** |
| ) | |
| **INDUSTRY ONE MOBILE, INC.** ) | **1:19-cv-01023-JB-B** |
| **and KEVIN DENNIS,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR PLAINTIFF'S ATTORNEYS' FEES, EXPENSES AND COSTS

**COMES NOW** the Plaintiff, Nakeshia "Nikki" Jones, by and through her undersigned counsel, pursuant to 42 U.S.C. §1988(b)1 and Rule 54(d), F.R.C.P., and moves this Honorable Court to award the following fees, expenses, and costs which the Plaintiff incurred as a result of the litigation of the above-styled action. In support of this Motion, the Plaintiff states the following:

  1. On October 25, 2021, the Court entered an Order granting default judgment in the above styled matter against Defendants Industry One, Mobile, Inc., and Kevin Dennis. [Doc. 53]. A hearing to determine damages was held on December 1, 2021, with instructions given therein by the Court for additional submissions including the present submission for attorneys' fees, costs,

---

1 Plaintiff may seek as part of her attorney's fees, pursuant to section 1988, "all reasonable expenses incurred in case preparation, during the course of litigation" that are not considered "routine office overhead normally absorbed by [a] practicing attorney[.]" *Dowdell v. City of Apopka, Fla*., 698 F.2d 1181, 1192 (11th Cir. 1983).

1

and expenses.

2.     Counsel for the Plaintiff have carefully reviewed their billing records and exercised billing judgment to exclude any hours which were duplicative, inefficient, or otherwise unnecessary. (See Exhibit 1: Affidavit of Temple D. Trueblood with supporting Exhibits; and Exhibit 2: Affidavit of Edward Smith with supporting Exhibit).

3.     There are no special circumstances or other factors which would justify a reduction or denial of an award of fees, costs, and expenses to the plaintiff's attorneys in this action beyond the reduction which the plaintiff's counsel have taken voluntarily.

4.     This request is based on the affidavits of counsel and a separate itemization listing the time expended per attorney, services performed, and expenses and costs incurred.   (See Ex. 1 and 2).

5.     The total attorneys' fees/paralegal fees in the instant case to date is **$44,662.50.** (See Ex. 1 and 2). The total expenses incurred to date is **$1,014.26**. (Ex. 1-A). As such, Plaintiff submits to the Court a total of **$45,676.76** in fees and expenses. (Id.).

6.     Both the attorneys' fees and expenses incurred were necessary and reasonable to prosecute the instant case.

7.     Photocopying expenses are calculated at a rate of $0.20 per page and electronic document scans (or "blowbacks") are calculated at a rate of $0.10 per page.

8.     The Plaintiff is submitting as attachments to this petition several separate itemizations to assist the Court in reviewing the reasonableness of the time expended in this matter, and the expenses incurred in the litigation of this matter. (See Ex. 1 and 2).

9. Two attorneys and their paralegal staff have performed work necessary to the litigation of the Plaintiff's claims. (See Ex. 1 and 2). Those attorneys/staff and their hourly rates and time expended are as follows:

- Temple D. Trueblood     $400.00    x    93.60 hours
- Edward L.D. Smith     $350.00    x    16.85 hours
- Paralegal support I     $125.00    x    10.6 hours

(Ex. 1 and 2).

10. In support of this petition, plaintiff is also submitting the Affidavits and/or Declarations of legal practitioners: Edward L.D. Smith, Temple D. Trueblood, Christ Coumanis, Abby M. Richardson, Henry Brewster, and Heather Leonard. Plaintiff also submits the Affidavit of Dianne Ashworth, Office Manager of Wiggins, Childs, Pantazis, Fisher & Goldfarb, LLC.

WHEREFORE, PREMISES CONSIDERED, Plaintiff moves this Honorable Court for an Order requiring the defendants to pay the plaintiff's attorneys' fees, costs, and expenses set forth above, which the Plaintiff incurred as a result of the litigation of the above styled action.

Respectfully submitted,

/s/ Temple D. Trueblood
Temple D. Trueblood
Counsel for Plaintiff

OF COUNSEL:
WIGGINS CHILDS PANTAZIS
    FISHER & GOLDFARB, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama   35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500
ttrueblood@wigginschilds.com

<u>OF COUNSEL</u>:
Edward L.D. Smith
Post Office Box 1643
Mobile, Alabama 36633-1643
Telephone: (251) 432-0447

## **CERTIFICATE OF SERVICE**

I certify that on this the 6th day of October, 2022, the foregoing document was served as follows to the last known addresses of record for each named Defendant:

**Via email, and certified mail, return receipt, to:**

Industry One, Mobile, Inc.
Attention: Frankie Bildner, General Manager
455 Corporate Drive, Suite 204
Troy, MI 48098
fbildner@industryone.net

**Via certified mail, return receipt, to:**

Kevin Dennis
6417 Trent Lane
Mobile, AL 36695

                                                  /s/ Temple D. Trueblood
                                                  Of Counsel