IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NAKESHIA NIKKI JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 1:19-01023-JB-B |
| INDUSTRY ONE, MOBILE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

It is ORDERED, ADJUDGED and DECREED that a FINAL JUDGMENT be, and the same is, entered in favor of the Plaintiff, Nakeshia Nikki Jones, and jointly and severally against the Defendants Industry One, Mobile, Inc. and Kevin Dennis in the amount of $1,173,409.27 **consisting of**:

1. **Compensatory and Punitive damages** in the amount of ONE MILLION ONE HUNDRED TWENTY ONE THOUSAND EIGHT HUNDRED TWENTY FOUR DOLLARS AND FIFTY ONE CENTS ($1,122,232.51) (Doc. 58);

2. **Attorney fees** in the amount of $45,162.50. (Doc. 57);

3. **Costs and expenses** in the amount of $6,014.26 (Docs. 56, 57).

**DONE and ORDERED** this 13th day of October, 2022.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE